DANIEL G. BOGDEN
United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
Facsimile: (775) 784-5181

FILED ✓    RECEIVED
ENTERED    SERVED ON
           COUNSEL/PARTIES OF RECORD

JAN 08 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> HOSAM SAAD AL-BADERI,  <br> VICTOR MANUEL COLINDRES HERNANDEZ,  <br> SOHA ALJENABI,  <br> OCTAVIO CESAR AREVALO,  <br> and  <br> PORFIRIO INFANTE-CERVANTES,  <br>  Defendants. | No. 2:12-CR-383-JCM  <br><br> MOTION TO UNSEAL AND [PROPOSED] UNSEALING ORDER |

COMES NOW, the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and James E. Keller, Assistant United States Attorney, and moves for the unsealing of the Indictment and Superseding Indictment, and any corresponding arrest warrants and/or summonses, in the above-captioned case. Mr. Al-Baderi and Ms. Aljenabi have already been arraigned on the Superseding Indictment. The government believes that unsealing of these documents, and any subsequent filings in this case that are not submitted with a specific request that they be under seal, will not undermine this case. Accordingly, the government moves for the unsealing of the Indictment, Superseding Indictment, and subsequent filings not submitted with a request of sealing in this action.

DATED this 8th day of January, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
JAMES E. KELLER
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOSAM SAAD AL-BADERI,<br>VICTOR MANUEL COLINDRES HERNANDEZ,<br>SOHA ALJENABI,<br>OCTAVIO CESAR AREVALO,<br>and<br>PORFIRIO INFANTE-CERVANTES,<br><br>　　　　Defendants. | No. 2:12-CR-383-JCM<br><br>[PROPOSED] UNSEALING ORDER |

BASED upon the foregoing motion dated January 8, 2013, of the government, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment and Superseding Indictment, and any corresponding arrest warrants and/or summonses theretro, be UNSEALED in the above-captioned case.

IT IS FURTHER ORDERED that subsequent filings in this case will not be under seal unless there is a request of sealing is submitted therewith.

Dated this 14th day of January, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge