# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:12-CR-383-JCM-(CWH) |
| HOSAM SAAD AL-BADERI, | ) ) ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 10, 2014, defendant HOSAM SAAD AL-BADERI pled guilty to Count One of a One-Count Second Superseding Information charging him with Financial Transaction to Promote Unlawful Activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i). Second Superseding Information, ECF No. 83; Plea Agreement, ECF No. 85; Change of Plea, ECF No. 86.

This Court finds defendant HOSAM SAAD AL-BADERI agreed to the forfeiture of the property set forth in the Plea Agreement. Plea Agreement, ECF No. 85; Change of Plea, ECF No. 86.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the offense to which defendant HOSAM SAAD AL-BADERI pled guilty.

The following assets are subject to forfeiture pursuant to Title 18 United States Code, Section 982(a)(1):

. . .

1. $3,877.95 in United States Currency seized from JP Morgan-Chase Bank account #xxxxx7631 in the name of Chief Smokes, LLC;
2. $63,157.21 in United States Currency seized from JP Morgan-Chase Bank account #xxxxxx2176 in the name of Hosam Al-Baderi;
3. $940.06 in United States Currency seized from Mountain America Federal Credit Union account #xxx4339 in the name of Hosam Al-Baderi;
4. $743.35 in United States Currency seized from Mountain America Federal Credit Union account #xxx1021 in the name of Coast 2 Coast Enterprises NV, LLC;
5. $18,173.00 in cash seized from Al-Baderi in Salt Lake City, UT during his arrest on October 23, 2013; and
6. 2008 Mercedes-Benz, Model CI63, bearing Utah license number 9745006, with vehicle identification number WDDEJ77X28A015593, seized at the time of Mr. Al-Baderi's arrest in Utah on October 23, 2012

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of HOSAM SAAD AL-BADERI in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>  Michael A. Humphreys
>  Assistant United States Attorney
>  Daniel D. Hollingsworth
>  Assistant United States Attorney
>  Lloyd D. George United States Courthouse
>  333 Las Vegas Boulevard South, Suite 5000
>  Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

. . .

. . .

. . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED  March 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on March 20, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Margaret M. Stanish
Wright Stanish & Winckler
300 S. Fourth Street, Ste 701
Las Vegas, NV 89101
mstanish@wswlawlv.com
Counsel for Hosam Saad Al-Baderi

Raquel Lazo
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Raquel_lazo@fd.org
Counsel for Soha Aljenabi

Bret O Whipple
Law Office of Bret Whipple
1100 S. 10th Street
Las Vegas, NV 89104
admin@justice-law-center.com
Counsel for Octavio Cesar Arevalo

Steven J. Karen
Law Office of Steven J. Karen
2810 West Charleston, H82
Las Vegas, NV 89102
skaren@cox.net
Counsel for Porfirio Infante-Cervantes

/s/ Mary M. Stolz
Mary M. Stolz
Forfeiture Support Associates Paralegal

5